Per curiam.

Cecile Martin, appellee, v. Cable Piano Company, appellant. Gen. No. 8,251.

Opinion filed November 30, 1931.

George R. Warner and Werner H. Sommers, for appellant. Alschuler, Putnam, Flannigen & Johnson, for appellee; W. C. O'Brien and Clarence J. Ruddy, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.